IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Louis H. Clegg, Jr.,

      Petitioner,                            Case No. 2:22-cv-503
                                              Judge James L. Graham
  v.                                              Magistrate Judge Merz

Warden Lake Erie Correctional Institution,

      Respondent.

## Order

This matter is before the Court on the Magistrate Judge's Report and Recommendation, which recommended that plaintiff's habeas corpus petition brought under 28 U.S.C. § 2254 be dismissed with prejudice.

No objections to the Report and Recommendation have been filed. Upon review, the Court agrees with the Report and Recommendation (Doc. 16), which is hereby adopted. Plaintiff's petition is dismissed with prejudice.

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of this order would not be taken in good faith for the reasons stated in the Report and Recommendation. Therefore, the Court declines to issue a certificate of appealability and denies plaintiff leave to proceed on appeal *in forma pauperis*. *See* Fed. R. App. P. 24(a); *Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997).

                                                                       s/ James L. Graham
                                                                       JAMES L. GRAHAM
                                                                       United States District Judge

DATE: July 6, 2023